**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 1, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00642-CV

---

### ALBERT ROBINSON AKA ALBERT M. ROBINSON, Appellant

### V.

### HARRIS COUNTY, ET AL, Appellees

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2014-49892**

---

## M E M O R A N D U M     O P I N I O N

This is an appeal from a judgment signed July 3, 2015. The notice of appeal was filed July 20, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On September 1, 2015, appellees filed a motion to dismiss for want of prosecution. On September 3, 2015, this court ordered appellant to pay the appellate filing fee on or before September 18, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, appellees' motion is granted and the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Busby and Brown.